Matter of Moore v Lepkowski (2025 NY Slip Op 07199)

Matter of Moore v Lepkowski

2025 NY Slip Op 07199

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, NOWAK, AND DELCONTE, JJ.

978CAF 24-00696

[*1]IN THE MATTER OF WENDELL MOORE, JR., PETITIONER-RESPONDENT,
v
CARLA LEPKOWSKI, RESPONDENT-APPELLANT. 

THOMAS L. PELYCH, HORNELL, FOR RESPONDENT-APPELLANT.
FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (RYAN M. BERGMAN OF COUNSEL), FOR PETITIONER-RESPONDENT. 
WALTER BURKARD, MANLIUS, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Onondaga County (Julie A. Cerio, J.), entered March 25, 2024, in a proceeding pursuant to Family Court Act article 6. The order granted petitioner sole legal and physical custody with respect to the subject child. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs.
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court